Errol Douglass **FULFORD–EL,**
Plaintiff—Appellant,

v.

K. **ARNOLD,** Captain, North Branch Correctional Institution; Western Correctional Institution, Defendants—Appellees.

No. 06–7733.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 22, 2007.

Decided: March 2, 2007.

Errol Douglass Fulford–El, Appellant Pro Se. Rex Schultz Gordon, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before WILLIAMS, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Errol Fulford–El appeals the district court's order denying relief on his civil complaint in which he sought injunctive relief. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Fulford–El v. Arnold,* No. 1:06–cv–01095–WDQ (D.Md. Sept. 30, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*